In the Matter of JOSEPH R., a Person Alleged to be in Need of Supervision. (Appeal No. 1.)—Order unanimously reversed on the law without costs and petition dismissed. Memorandum: Before respondent admitted the allegations in the petition, the court did not advise respondent of his right to remain silent, nor did it ascertain that respondent was voluntarily waiving his right to a fact-finding hearing *(see,* Family Ct Act §§ 741, 321.3 [1]; *Matter of Tomika M.,* 136 AD2d 951). (Appeal from order of Erie County Family Court, Notaro, J.—person in need of supervision.) Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY GREEN, Appellant.—Appeal unanimously dismissed as academic and matter remitted to Cayuga County Court to vacate the conviction and dismiss the indictment, *sua sponte,* or on application by the District Attorney or the attorney who appeared for the defendant *(see, People v Darden,* 52 NY2d 1015; *People v Mintz,* 20 NY2d 770; *People v Robidoux,* 109 AD2d 1090). (Appeal from judgment of Cayuga County Court, Contiguglia, J.—assault, second degree.) Present—Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUSAN L. HOWLETT, Appellant.—Judgment unanimously modified as a matter of discretion in the interest of justice by reducing the sentence imposed of one year to time served and as modified judgment affirmed. (Appeal from judgment of Oswego County Court, Auser, J.—criminal mischief, third degree.) Present—Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.